# UNITED STATES DISTRICT COURT
## District of Minnesota

Elizabeth Munguia Rivera, A.E.P.M., and I.A.P.M.

Petitioner(s),

v.

David Easterwood, Todd Lyons, Kristi Noem, Pamela Bondi, U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1405 MJD/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioners Elizabeth M. R., A.E.P.M., and I.A.P.M.'s Petition for Writ of Habeas Corpus [Doc. 1] is GRANTED as follows:

a. Respondents are ordered to immediately arrange for release of Petitioners into Minnesota at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel;

b. Respondents are ordered to release Petitioners on their own recognizance and without conditions beyond those that existed prior to their unlawful re-detention;

c. Respondents are ordered to immediately return all of Petitioners' personal items that were taken from them when they were detained in substantially the same condition as when the items were taken, such as a driver's license, immigration papers, passports, cell phones, children's items, and keys; and

d. Respondents are enjoined from re-detaining Petitioners under the same statutory theory that has been rejected in this Order.

2. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order.

3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted.

Date: 2/17/2026

KATE M. FOGARTY, CLERK