UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elizabeth M. R.,
A.E.P.M., a minor child,
I.A.P.M., a minor child,

                Petitioners,

v.

David Easterwood, et al.,

                Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**

Civil File No. 26-1405 (MJD/ECW)

Lyndsey M. Marcelino Schalkwyk, Marcelino & Kim PC, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On February 17, 2026, the Court granted Petitioners' Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioners from detention without additional conditions and with all of their personal property.  [Doc. 8.]  On February 18, 2026, Respondents informed the Court that Petitioners had been released from detention on February 15 without additional conditions and with all personal property.  [Doc. 10.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioners' Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

1

**LET  JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 22, 2026         s/Michael J. Davis
                                  Michael J. Davis
                                  United States District Court