# UNITED STATES DISTRICT COURT
## District of Minnesota

Elizabeth Munguia Rivera, A.E.P.M., and I.A.P.M.,

Petitioner(s),

v.

David Easterwood, Todd Lyons, Kristi Noem, Pamela Bondi, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1405 MJD/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Samuel F. R.'s Petition for Writ of Habeas Corpus **[Doc. 1] is DISMISSED without prejudice.**

Date: 2/23/2026

KATE M. FOGARTY, CLERK